# Court of Appeals
# of the State of Georgia

ATLANTA,  November 16, 2015

*The Court of Appeals hereby passes the following order:*

**A16A0366. IN RE: ESTATE OF WADE STEVEN PUTNAM.**

The Coweta County probate court entered an order denying a motion to quash a subpoena in an estate matter. The estate filed a notice of appeal to the superior court. The superior court dismissed the appeal, noting that the appellant had no right to appeal a non-final order to the superior court. The estate then filed a notice of appeal to this Court.

Probate court rulings are not subject to interlocutory review by the superior court. See *Driver v. State*, 198 Ga. App. 643 (402 SE2d 524) (1991). Because the estate had no underlying right to interlocutory appeal, the propriety of the trial court's dismissal of that appeal is moot. See *Carlock v. Kmart Corp.*, 227 Ga. App. 356, 361 (3) (a) (489 SE2d 99) (1997) (moot issue is one where a ruling is sought on a matter that has no practical effect on the alleged controversy or where the issues have ceased to exist). And, pursuant to OCGA § 5-6-48 (b) (3), an appeal of an issue that has become moot is subject to dismissal. For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* <u>11/16/2015</u>
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*